1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>    Plaintiff,<br><br> v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, in rem, and MICHAEL R. PRICE, in personam,<br><br>    Defendants. | IN ADMIRALTY<br><br>CASE NO. 2:23-cv-00966-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL |

  This matter comes before the Court on Plaintiff Savibank's "Motion to Issue Warrant for Arrest of Vessel." Dkt. # 3.  The Court has considered the motion, the balance of the case file, and the applicable law.  The Court hereby ORDERS that a Warrant for Arrest of the vessel M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances shall be issued forthwith.

  Dated this 29th day of June, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL - 1