1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>                    Plaintiff,<br><br>          v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, in rem, and MICHAEL R. PRICE, in personam,<br><br>                    Defendants. | IN ADMIRALTY<br><br>CASE NO. 2:23-cv-00966-JHC<br><br>ORDER |

Before the Court is Plaintiff Savibank's "Motion to Appoint Substitute Custodian and for Authorization for Movement of Defendant Vessel." Dkt. # 9. The Court has considered the motion, the submissions in support of the motion, the balance of the case file, and the applicable law. Being fully advised, the Court DENIES the motion without prejudice.

In admiralty cases, a plaintiff moving for an order appointing a substitute custodian must follow Local Admiralty Rule 135(b). W.D. Wash. LAR 135(b). Under this rule, a movant must submit an affidavit from the proposed substitute custodian and a proposed order that offer certain information. *See id.* In the proposed order, a plaintiff must provide "[t]he present location of the

ORDER - 1

property or the location where it will be when arrested, and the location for its safekeeping while in the custody of the proposed custodian." *Id.*

Plaintiff has complied with almost all of Local Admiralty Rule 135(b)'s requirements. The proposed order explains that the vessel is currently moored at the Port of Everett Marina. Dkt. # 9-3 at 2. But Plaintiff offers no location for the vessel's safekeeping. Plaintiff says, "The location for its safekeeping while in the custody of the proposed custodian will be Buck Fowler Jr. of Marine Lender Services, LLC." *Id.* The Court therefore DENIES Plaintiff's motion without prejudice. Dkt. # 9.

Dated this 29th day of June, 2023.

John H. Chun
United States District Judge

ORDER - 2