UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>                Plaintiff,<br><br>        v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, *in rem*, and MICHAEL R. PRICE, *in personam*;<br><br>                Defendants. | IN ADMIRALTY<br><br>NO. **2:23-cv-00966-JHC**<br><br>ORDER RE PUBLICATION |

On June 28, 2023, Plaintiff filed a Verified Complaint to, *inter alia*, foreclose a preferred ship mortgage against *in rem* Defendant M/Y FREQUENSEA, O.N. 1098950, per 46 U.S.C. § 31325.  Dkt. # 1.  On Plaintiff's motion, the Court issued a warrant for the arrest of the M/Y FREQUENSEA on June 29, 2023.  Dkt. # 6; Dkt. # 7.  Plaintiff reports the U.S. Marshal Service arrested the vessel more than 14 days ago and transferred custody of the vessel to substitute custodian on July 12, 2023, in accordance with this Court's order appointing a substitute custodian (Dkt. # 12).  Since that time, no interested parties have

ORDER RE PUBLICATION - Page 1
Case No 2:23-cv-00966-JHC

appeared, answered, filed a statement of interest, or secured the release of the vessel. *See* Dkt.

Now, on motion of Plaintiff, it is:

ORDERED that a Notice of Verified Complaint to Foreclose Preferred Maritime Mortgage *In Rem* and *In Personam* and Arrest of M/Y FREQUENSEA, O.N. 1098950 (hereinafter "Notice") attached to this Order shall issue out of and under the seal of this Court against all persons with an interest in or right against the M/Y FREQUENSEA, O.N. 1098950, citing each of them to file a statement of interest in or right against the seized property and to answer no later than 14 days after publication of this Notice as described below; and it is further

ORDERED that public notice of said Notice be given by publication thereof in the *Seattle Daily Journal of Commerce*, a newspaper published in Seattle, Washington, within 30 days of the issuance of this Order Re Publication. Publication is not required if the vessel is released before publication is completed.

DATED this 14th day of August, 2023.

_____
THE HONORABLE JOHN H. CHUN

THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>                Plaintiff,<br><br>    v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, *in rem*, and MICHAEL R. PRICE, *in personam*;<br>                Defendants. | IN ADMIRALTY<br><br>NO. **2:23-cv-00966-JHC**<br><br>NOTICE OF VERIFIED COMPLAINT TO FORECLOSE PREFERRED MARITIME MORTGAGE *IN REM* AND *IN PERSONAM* AND ARREST OF M/Y FREQUENSEA, O.N. 1098950 |

NOTICE IS GIVEN that, pursuant to 46 U.S.C. § 31325, SaviBank has filed a Verified Complaint in the United States District Court for the Western District of Washington to Foreclose Preferred Marine Mortgage against the M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances *in rem*. The title and number of the action is *SaviBank v. M/Y Frequensea, et ano.*, Case No. 2:23-cv-00966-JHC. The M/Y FREQUENSEA,

Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, was arrested on July 12, 2023, pursuant to Rule C, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. The attorneys for the Plaintiff are Eric R. McVittie, Nathan J. Bead, and Juliam M. Cano of the Seattle law firm LeGros Buchanan & Paul, 4025 Delridge Way SW, Suite 500, Seattle, Washington 98106.

Any person asserting a right of possession (pursuant to Rule C(6)) in or any ownership interest in or right against the M/Y FREQUENSEA, Official Number 1098950, must file a verified statement of right or interest as provided in Rule C, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the U.S. District Court, Clerk's Office, 700 Stewart Street, Suite 2310, Seattle, WA 98101, and serve on or mail the Plaintiff's attorneys (Le Gros, Buchanan & Paul c/o Nathan J. Beard, 4025 Delridge Way SW, Suite 500, Seattle, Washington 98106) 14 days after publication of this Notice in the *Seattle Daily Journal of Commerce*, or default may be noted and condemnation ordered. Personal attendance is not required. A person who asserts a right of possession or any ownership interest must serve an answer to the Complaint within 21 days after filing the statement of interest or right as provided in Rule C, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure or default may be noted and condemnation ordered.

DATED this 14th day of August, 2023.

Ravi Subramanian
Clerk of the United States District Court