THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>      Plaintiff,<br><br>      v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, *in rem*, and MICHAEL R. PRICE, *in personam*;<br><br>      Defendants. | IN ADMIRALTY<br><br>NO. 2:23-cv-00966-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE |

  THIS MATTER having duly come on for hearing upon Plaintiff's Motion for an order directing that Defendant Michael Price be served with Summons by publication and U.S. Mail thereof in the form and manner provided by law.  The Court considered the Plaintiff's Motion, the Declaration in support, and the files and records herein.  The Court finds that it appears that Defendant Michael Price has either provided false information to Plaintiff SAVIBANK in attempts to defraud creditors or is concealing himself with the intention of avoiding service at

his personal residence and/or defraud creditors. The Court further finds that personal service has been attempted on a number of occasions at the known personal residence of Defendant Michael Price and that it appears that he is or may be evading service. Accordingly, the Court finds that Defendant Michael Price cannot by use of reasonable diligence be located and/or personally served within this state.

IT IS HEREBY ORDERED that Defendant Michael Price be served the Summons by publication and U.S. Mail in the manner required by law. Specifically, the Summons and Complaint shall be published once each week for six consecutive weeks in the Seattle Daily Journal of Commerce, a daily (Monday – Saturday) newspaper of general circulation in King County, Washington. Plaintiff shall also deposit a copy of the Summons and Complaint in the Post Office, directed to Defendant Michael Price at his place of residence, pursuant to RCW 4.28.100. Plaintiff will also send a copy of the Summons and Complaint via U.S. Certified Mail to the last known address of this defendant as follows:

> Michael Price
> 21028 Woods Creek Road
> Monroe, WA 98118

Additionally, Plaintiff is entitled to future expenses incurred in effectuating service on Defendant Price from the date of this Order. Expenses incurred in effectuating service include, but are not limited to, investigative fees and future service fees.

DATED this __9th__ day of February, 2024.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT
COURT JUDGE