UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>Plaintiff,<br><br>v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, *in rem*, and MICHAEL R. PRICE, *in personam*,<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 2:23-cv-00966-JHC<br><br>ORDER GRANTING MOTION TO MODIFY ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE |

This matter comes before the Court on Plaintiff's Motion to Modify Order Granting Plaintiff's Motion for Alternative Service (Dkt. # 30) so that Plaintiff is not required to publish its lengthy Complaint in the Seattle Daily Journal Commerce. None of the Defendants have appeared in this action and Plaintiff's motion is unopposed.

Fed. R. Civ. P. 60(b) permits modification of an order for "mistake," "inadvertence," or "any other reason that justifies relief." In granting Plaintiff's Motion for Alternative Service, the Court adopted Plaintiff's Proposed Order which mistakenly included a

requirement that the Summons *and* Complaint be published in the Seattle Daily Journal of Commerce.  RCW 4.28.100, however, only requires publication of the Summons.

Pursuant to Fed. R. Civ. P. 60(b), the Court hereby GRANTS Plaintiff's Motion, modifies its previous Order (Dkt. # 29), and removes the previous Order's requirement that Plaintiff publish the Complaint in the Seattle Daily Journal of Commerce; the *Summons* shall be published once each week for six consecutive weeks in the Seattle Daily Journal of Commerce, a daily (Monday-Saturday) newspaper of general circulation in King County, Washington.  All other provisions of the Order Granting Plaintiff's Motion for Alternative Service remain.

SO ORDERED this 13th day of February, 2024.

*(signature)*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE