UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>                Plaintiff,<br><br>    v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, *in rem*, and MICHAEL R. PRICE, *in personam*,<br><br>                Defendants. | IN ADMIRALTY<br><br>NO. 2:23-cv-00966-JHC<br><br>**ORDER CONFIRMING SALE** |

THIS MATTER having come on upon the motion of Plaintiff for an order confirming sale (Dkt. # 32) and the Court having considered the motion and the Declaration of Jake Lunde submitted with the motion (Dkt. # 33), and being informed of the premises, now therefore it is ORDERED that the sale of the M/Y FREQUENSEA (O.N. 1098950), conducted by the U.S. Marshal on November 15, 2023, as provided for in the Order of this Court (Dkt. # 25), is confirmed, no objection having been received and the vessel being

ORDER CONFIRMING SALE
Page 1
Case No 2:23-cv-00966-JHC.

purchased by way of credit bid; and it is further ORDERED that the U.S. Marshal is authorized to issue a Bill of Sale promptly.

DATED this 28th day of March, 2024.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE