UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, in rem, and MICHAEL R. PRICE, in personam,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-00966-JHC<br><br>ORDER |

　　　　On May 1, 2024, the Clerk entered Default as to Defendant Michael R. Price.  Dkt. # 39.  More than nine months have passed since that date, and the parties have not reported on the status of the matter or otherwise submitted any filings.  *See generally* Dkt.

　　　　Thus, the Court ORDERS the parties to submit a status report by February 28, 2025, or this matter will be dismissed without prejudice.

/

/

/

ORDER - 1

Dated this 18th day of February, 2025.

_____
John H. Chun
United States District Judge

ORDER - 2