UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>                Plaintiff,<br><br>  v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, in rem, and MICHAEL R. PRICE, in personam,<br><br>                Defendants. | CASE NO. 2:23-cv-00966-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  On February 21, 2025, Plaintiff filed a status report requesting that the Court leave this matter open while Plaintiff tries to sell the M/Y FREQUENSA.  Dkt. # 42 at 1.  The Court will leave the matter open and DIRECTS Plaintiff to submit a status report by Wednesday, September 3, 2025, informing the Court as to the status of this matter.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

/

/

MINUTE ORDER - 1

Dated this 3rd day of March, 2025.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2