UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>                Plaintiff,<br><br>        v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, *in rem*, and MICHAEL R. PRICE, *in personam*,<br><br>                Defendants. | IN ADMIRALTY<br><br>NO. 2:23-cv-00966-JHC<br><br>**ORDER** |

       THIS MATTER comes before the Court on Motion by Plaintiff, SaviBank, for Entry of Default Judgment Against *In Personam* Defendant Michael R. Price. Dkt. # 45. The Court DENIES the motion without prejudice, as it does not apply the "*Eitel* factors." *See Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Previously in this case, Plaintiff has shown that it is aware of *Eitel*. Dkt. # 22. Plaintiff may file another motion for default judgment that applies the *Eitel* factors.

//

ORDER - Page 1
Case No 2:23-cv-00966-JHC

1  DATED this 6th day of October, 2025.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE