UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAVIBANK,<br><br>                Plaintiff,<br><br>    v.<br><br>M/Y FREQUENSEA, Official Number 1098950, her mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and appurtenances, *in rem*, and MICHAEL R. PRICE, *in personam*,<br><br>                Defendants. | IN ADMIRALTY<br><br>NO. 2:23-cv-00966-JHC<br><br>**ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST *IN PERSONAM* DEFENDANT MICHAEL R. PRICE** |

THIS MATTER comes before the Court on Plaintiff's Renewed Motion for Entry of Default Judgment Against *In Personam* Defendant Michael R. Price. Dkt. # 48. The Court has reviewed the files and records herein, and the pleadings, memoranda, and supporting declaration submitted and incorporated by the Plaintiff in support of the Renewed Motion, including specifically:

1. Plaintiff's Renewed Motion for Entry of Default Judgment Against *In Personam* Defendant Michael R. Price (Dkt. # 48); and

ORDER GRANTING RENEWED MOTION FOR ENTRY OF
DEFAULT JUDGMENT - Page 1
Case No 2:23-cv-00966-JHC

2. Declaration of Nathan J. Beard in support of Plaintiff's Motion, with exhibits (Dkt. # 46).

The Court being fully advised finds that Plaintiff's Renewed Motion properly applies the *Eitel* factors and further specifically FINDS as follows:

1. Defendant Michael R. Price defaulted and breached his obligation under the Promissory Note and Preferred Marine Mortgage by failing to answer the Summons and Complaint within the required time limits;

2. The amount owed and outstanding under the Promissory Note is $268,855.17 with 18.000% per annum interest as of April 25, 2023;

3. Costs in the amount of $6,074.13; and

4. Attorney fees in the amount of $29,724.50 are reasonable and appropriate under the circumstances of this case.

DATED this 17th day of November, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE